## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**WILFREDO REYES RIVERA**
**ANA ROSA GARCIA ALEMAN**

**xxx–xx–1589**
**xxx–xx–8300**

Debtor(s)

**BPPR as servicer of Wells Fargo**

Movant

**WILFREDO REYES RIVERA**
**ANA ROSA GARCIA ALEMAN**
**NOREEN WISCOVITCH RENTAS**

**Respondant(s)**

Case No. **18–00747**

Chapter **7**

FILED & ENTERED ON 6/5/18

### *ORDER*

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by BPPR as servicer of Wells Fargo, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and PR LBR 4001–1(e), it is now,

ORDERED that the motion for relief of stay filed by BPPR as servicer of Wells Fargo, docket entry #19, be and is hereby granted by default.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, June 5, 2018 .

Brian K. Tester
United States Bankruptcy Judge